# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER MURPHY; RICHARD D'ALESSIO; CHAN C. PHARN; CHRISTINA ZAKO; PAUL MCDERMED; JULIE MCDERMED; THOMAS GEREMIA; LINDA GEREMIA; JULIE A. YOUNG; DAVID W. YOUNG; MICHAEL LERNER; KATHY LERNER; OMAR F. BISHR; RUTH M. BISHR; JEFF CORY; JOSE CRUZ; CYNTHIA BIGGS; GEORGE BIGGS; JASON FISHER; CATHERINE MARSH; WALTER FALKOWSKI; MARY SLADE; GREG SLADE; JOSEPH MIDGETTE; NATHAN RANGER; SHERRI GOLDFINCH; CARRIE ROSILLO; JOHN BURKETT; DIANA BURKETT; CARLTON HINKLE; AND KATHERYN HINKLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK N.A.; WORLD SAVINGS, INC.; WORLD SAVINGS BANK, FSB; WACHOVIA MORTGAGE, FSB, NOW KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.; WACHOVIA CORPORATION; GOLDEN WEST FINANCIAL CORPORATION; WACHOVIA BANK, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB TX; and WACHOVIA MORTGAGE CORPORATION;<br><br>Defendants. | CASE NO.: 3:12-CV-06228 - SI<br><br>**[The Hon. Susan Illston]**<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF T. THOMAS COTTINGHAM *PRO HAC VICE*** |

1  T. Thomas Cottingham, whose business address and telephone number is Winston &
2  Strawn LLP, 214 N. Tryon Street, Charlotte, North Carolina 28202, telephone (704) 350-7745;
3  facsimile (704) 350-7800 and who is an active member in good standing of the bars of North
4  Carolina and Alabama, having applied in the above-entitled action for admission to practice in
5  the Northern District of California on a pro hac vice basis, representing Defendants WELLS
6  FARGO HOME MORTGAGE, a Division of WELLS FARGO BANK, N.A., successor by
7  merger with Wells Fargo Bank Southwest, N.A., formerly known as WACHOVIA
8  MORTGAGE, FSB, f/k/a WORLD SAVINGS BANK, FSB, and successor by merger with
9  WACHOVIA MORTGAGE CORPORATION; WORLD SAVINGS, INC.; WELLS FARGO
10 BANK SOUTH CENTRAL, N.A., successor by merger with WACHOVIA BANK, FSB, f/k/a
11 WORLD SAVINGS BANK, FSB (TEXAS); and WELLS FARGO & COMPANY, successor by
12 merger with WACHOVIA CORPORATION, which was successor by merger with GOLDEN
13 WEST FINANCIAL CORPORATION ("Wells Fargo").

14  IT IS HEREBY ORDERED that the application is granted, subject to the terms and
15 conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
16 *vice.*  Service of papers upon and communication with co-counsel designated in the application
17 will constitute notice to the party.  All future filings in this action are subject to the requirements
18 contained in General Order No. 45, *Electronic Case Filing.*

20 Dated: _____3/13_____, 2013    _____
                                     HONORABLE SUSAN ILLSTON
21                                   UNITED STATES DISTRICT JUDGE
                                     NORTHERN DISTRICT OF
22                                   CALIFORNIA

93000/HR0791/00575675-2

CASE NO.: 3:12-CV-06228 - SI
ORDER GRANTING APPL TO APPEAR PRO HAC VICE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING APPLICATION FOR ADMISSION OF
T. THOMAS COTTINGHAM PRO HAC VICE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiffs and the Settlement Class*

| BERNS WEISS LLP | BERNS WEISS LLP |
|---|---|
| Jeffrey K. Berns | Lee A. Weiss |
| 20700 Ventura Blvd. Suite 140 | 626 RXR Plaza |
| Woodland Hills, CA 91364 | Uniondale, NY 11556 |
| jberns@bernsweiss.com | lweiss@bernsweiss.com |
| Tel: (818) 961-2000 | Tel: (516) 222-2900 |
| Fax: (818) 999-1500 | Fax: (818) 999-1500 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on March 11, 2013.

| Vanessa Ngo | */s/ Vanessa Ngo* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |