IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MURPHY, *et al.*, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br>WELLS FARGO HOME MORTGAGE, *et al.*,<br><br>        Defendants.       / | No. C 12-6228 SI<br><br>**JUDGMENT** |
| RICHARD D'ALESSIO, *et al.*, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br>WELLS FARGO HOME MORTGAGE, *et al.*,<br><br>        Defendants.       / | No. C 13-0999 SI |
| PAUL McDERMED, *et al.*, individually and on behalf of all others similarly situated,,<br><br>        Plaintiffs,<br>  v.<br>WELLS FARGO HOME MORTGAGE, *et al.*,<br><br>        Defendants.       / | No. C 13-1407 SI |

The above captioned cases are dismissed without leave to amend, as duplicative of *In re: Wachovia Corp. "Pick-A-Payment" Mortgage Marketing and Sales Practices Litigation,* Case No. M:09-cv-2015-JF (N.D.Cal.).

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 19, 2013

SUSAN ILLSTON
United States District Judge